No. 679. CHOCTAW NATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Grady Lewis* and *W. F.*

*Semple* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Underhill* for the United States.